UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS E. GONZALEZ, ) <br> ) <br>    Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> CITY OF CALEXICO, et al., ) <br> ) <br>    Defendants.  ) <br> ) | Civil No. 03CV2005 WQH (PCL) <br><br> **ORDER TO STRIKE EXHIBITS F-L (Doc. No. 150) AND EXHIBITS G-K (Doc. No. 151)** |

Plaintiff inadvertently filed documents under standard procedures that should have been filed under seal. Accordingly, the Court orders that Exhibits F-L in support of Plaintiff's Motion to Compel (Doc. No. 150) and Exhibits G-K in support of Plaintiff's Motion to Compel (Doc. No. 151) be removed from the docket. They may be re-filed, properly, as errata.

IT IS SO ORDERED.

DATED: January 10, 2007

Peter C. Lewis
U.S. Magistrate Judge
United States District Court

cc: All Parties
    Hon. William Q. Hayes

03cv2005