UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS E. GONZALEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF CALEXICO, et al.,<br><br>        Defendants. | Civil No. 03CV2005 WQH (PCL)<br><br>**SCHEDULING ORDER** |

A telephonic discovery conference shall be held Thursday, January 18, 2007, at 10:30 a.m.  Plaintiff shall initiate the call to (760) 353-4227.

IT IS SO ORDERED.

DATED: January 17, 2007

Peter C. Lewis
U.S. Magistrate Judge
United States District Court

cc: All Parties
    Hon. William Q. Hayes

1                                                  03cv2005