UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS E. GONZALEZ, and CALEXICO POLICE OFFICERS' ASSOCIATION,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF CALEXICO, et al.,<br><br>        Defendants. | Civil No. 03CV2005 WQH (PCL)<br><br>SCHEDULING ORDER EXTENDING THE DISCOVERY CUTOFF DATE |

The Discovery cutoff date is continued from January 29, 2007, to January 31, 2007. The date for compliance with the Official Information Privilege section of the Court's Protective Order (Doc. No. 154) is continued from January 26, 2007, to January 31, 2007. (Doc. No. 154 at 14) The date for the conference discussed in the Protective Order is continued to Friday, February 2, 2007, at 1:30 p.m. (Id.) The date for Plaintiff's Motion to Compel hearing is continued to Friday, February 2, 2007, at 1:30 p.m. All other

//

//

//

cc: All Parties
    Hon. William Q. Hayes

1

03cv2005

pretrial dates remain the same; the Court is strongly disinclined to granting further continuances, and the parties should plan accordingly.

DATED: January 24, 2007

*[signature]*
Peter C. Lewis
U.S. Magistrate Judge
United States District Court