1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11

JESUS E. GONZALEZ, and CALEXICO
POLICE OFFICERS' ASSOCIATION,

CASE NO. 03cv2005 WQH (PCL)

12

Plaintiffs,

**ORDER**

13

vs.

14

CITY OF CALEXICO; CALEXICO
POLICE DEPARTMENT; MARIO V.
SANCHEZ, CHIEF OF POLICE,
individually and in his official capacity;
JAMES L. NEUJAHR, LIEUTENANT,
individually and in his official capacity;
JOHN RENISON, CITY COUNCIL
MEMBER, individually and in his official
capacity; ALEX PERRONE, CITY
COUNCIL MEMBER, individually and in
his official capacity; and DOES 1 through
10, inclusive,

15
16
17
18
19
20

Defendants.

21

22

HAYES, Judge:

23

On June 29, 2007, the Court conducted a telephonic status conference. After consulting

24

with the attorneys of record for the parties,

25

**IT IS HEREBY ORDERED:**

26

1.   The trial date is November 6, 2007 at 9:00 a.m. in courtroom 4.

27

2.   Any motions in limine shall be filed no later than October 5, 2007.  Any

28

opposition to the motions in limine shall be filed no later than October 12, 2007.

Any reply shall be filed no later than October 19, 2007.  The Court will conduct a hearing on the motions in limine on November 2, 2007 at 1:00 p.m. in courtroom 4.

3.  The final pretrial conference will occur on September 14, 2007 at 11:00 a.m. in courtroom 4.

4.  The proposed final pretrial conference order, including written objections to any party's Federal Rule of Civil Procedure 26(a)(3) pretrial disclosures, shall be filed no later than August 31, 2007 and shall be in the form prescribed by and in compliance with Local Rule 16.1(f)(6).

5.  Counsel shall fully comply with the pretrial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) no later than August 17, 2007.

6.  Counsel shall meet together and take the action required by Local Rule 16.1(f)(4) no later than August 3, 2007.

7.  No later seven days from the date of this Order, the parties shall contact the Chambers of Magistrate Judge Lewis to schedule a settlement conference.

8.  The dates and times set forth herein will not be modified except for good cause shown.

DATED:  June 29, 2007

**WILLIAM Q. HAYES**
United States District Judge