UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS E. GONZALEZ, | ) Civil No. 03CV2005 PCL |
| Plaintiff, | ) |
| v. | ) **ORDER DISMISSING CASE WITH** |
| | ) **PREJUDICE** |
| CITY OF CALEXICO, et al., | ) |
| Defendants. | ) |

On December 3, 2001, the parties, having reached a full and complete settlement of the current action, filed a Joint Motion for Dismissal. (Doc. No. 221.) The Court grants the motion and orders this action dismissed with prejudice. The Court retains limited jurisdiction over this case for matters relating to enforcement of the settlement.

IT IS SO ORDERED.

DATED: December 5, 2007

Peter C. Lewis
U.S. Magistrate Judge
United States District Court

cc: All Parties
    Hon. William Q. Hayes

03cv2005